**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tremelle J. YOUNG, Defendant–Appellant.**

**No. 01–7504.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 13, 2001.

Decided Jan. 15, 2002.

Tremelle J. Young, Appellant Pro Se. S. David Schiller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

OPINION

PER CURIAM.

Following a jury trial on June 22, 1998, Tremelle J. Young was convicted in a four count indictment of violations of 18 U.S.C.A. §§ 922(g)(1), (2) (West 2000), governing possession of a firearm and ammunition by a convicted felon, and 18 U.S.C.A. § 922(g)(9), (2) (West 2000), proscribing possession of a firearm and ammunition by a person convicted of domestic violence. Young appealed to this Court but we dismissed the appeal without prejudice because the only relief sought was a new trial, based on new evidence, and such relief is appropriately sought in the district court. Subsequently, Young filed a motion pursuant to Fed.R.Crim.P. 33, which the district court denied. Young appeals the denial of his motion.

Applying the present version of Fed. R.Crim.P. 33, we hold that Young's motion was timely filed. Nevertheless, we hold that the district court did not err by denying the motion as the evidence Young identified as the basis for his motion is either not new or not sufficiently material and probative to conclude that it would likely result in acquittal at a new trial. Accordingly, we find the district court did not abuse its discretion in dismissing Young's motion and we therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*